BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORLANDO FLETES-LOPEZ,<br><br>　　　　Defendant. | CASE NO. 2:11-cr-00096-JAM<br><br>STIPULATION AND ORDER<br><br>DATE: November 13, 2012<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff, and Tim Pori, attorney for defendant Orlando Fletes-Lopez that the previously-noticed hearing date of November 13, 2012, be vacated and the matter re-scheduled for December 4, 2012, at 9:45 a.m.  The parties further request that the Court order the government's response be due on November 6, 2012, and the defendant's reply, if any, be due on November 20, 2012.

　　　This request is made jointly by the government and defense.

1

| | |
|---|---|
| Dated: October 16, 2012 | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: October 16, 2012 | /s/ Tim Pori<br>TIM PORI (authorized by<br>John Baumgardner<br>Attorney for Defendant<br>ORLANDO FLETES-LOPEZ |

**O R D E R**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for November 13, 2012, shall be re-scheduled for December 4, 2012.  It is further ordered that the governments response to defendant's motion shall be filed no later than November 6, 2012, and defendant's reply, if any, shall be filed no later than November 20, 2012.

| | |
|---|---|
| Dated: 10/17/2012 | /s/ John A. Mendez<br>Hon. John A. Mendez<br>United States District Court Judge |