BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00096-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: December 4, 2012 |
|  | ) | TIME: 9:45 a.m. |
| ORLANDO FLETES-LOPEZ, | ) | COURT: Hon. John A. Mendez |
| Defendant. | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff, and Tim Pori, attorney for defendant Orlando Fletes-Lopez that the previously-noticed hearing date of December 4, 2012, be vacated and the matter re-scheduled for January 22, 2013, at 9:45 a.m.  The parties further request that the Court order the government's response be due on January 8, 2013, and the defendant's reply, if any, be due on January 15, 2013.

This request is made jointly by the government and defense.

| | |
|---|---|
| Dated: November 29, 2012 | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: November 29, 2012 | /s/ Tim Pori<br>TIM PORI<br>Attorney for Defendant<br>ORLANDO FLETES-LOPEZ |

**O R D E R**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for December 4, 2012, shall be re-scheduled for January 22, 2013 at 9:45 a.m.  It is further ordered that the governments response to defendant's motion shall be filed no later than January 8, 2012, and defendant's reply, if any, shall be filed no later than January 15, 2012.

Dated: 12/3/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge