Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:  (707) 644-7528

Attorney for Defendant
ORLANDO FLETES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00096-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE:  March 5, 2013 |
| ORLANDO FLETES-LOPEZ, | TIME:  9:45 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff, and Tim A. Pori, attorney for defendant Orlando Fletes-Lopez that the previously-noticed hearing date of March 5, 2013, be vacated and the matter re-scheduled for April 30, 2013, at 9:45 a.m. The parties further request that the Court order the government's response be due on April 16, 2013, and the defendant's reply, if any, be due on April 23, 2013.

This request is made jointly by the government and defense.

//

//

1

Dated: February 27, 2013

        /s/ Paul Hemesath (Authorized 2/27/2013)
        Paul Hemesath
        Assistant United States Attorney
        Counsel for Plaintiff

Dated:  February 27, 2013

        /s/ Tim A. Pori
        TIM A. PORI
        Attorney for Defendant
        ORLANDO FLETES-LOPEZ

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for March 5, 2013, shall be re-scheduled for April 30, 2013. It is further ordered that the governments response to defendant's motion shall be filed no later than April 16, 2013 and defendant's reply, if any, shall be filed no later than April 23, 2013.

Dated: 2/27/2013

        /s/ John A. Mendez
        Hon. John A. Mendez
        United States District Court Judge