Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528
Attorney for Defendant ORLANDO FLETES-LOPEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2: 11-CR-00096-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | FROM NOVEMBER 19, 2013, TO |
| ) | JANUARY 21, 2013 |
| ORLANDO FLETES-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The parties request that the Judgment and Sentencing be continued from November 19, 2013, at 9:45 a.m. to January 21, 2014, at 9:45 a.m. and due to defense counsel being in a felony jury trial in Contra Costa County Superior Court.

Respectfully submitted,

Date: November 14, 2013        /s/ Tim A. Pori_____
                               TIM A. PORI
                               Attorney for Defendant FLETES-LOPEZ


Date: November 14, 2013        /s/ Paul Hemesath (Authorized on 11/14/13)
                               PAUL HEMESATH
                               Assistant U.S. Attorney

1

ORDER

IT IS HEREBY ORDERED that the parties' stipulation and proposed stipulation to continue sentencing from November 21, 2013, at 9:45 a.m. to January 21, 2014, at 9:45 a.m. is approved.

Dated:  11/14/2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE